# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| iii- interactive LLC d/b/a Division-D, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 2:19-cv-04131-MDH |
| v. | )<br>)<br>) |
| Hi-Media España Publicidad Online SL | )<br>) |
| Defendant. | ) |

## ORDER GRANTING DEFAULT JUDGMENT
## AGAINST HI-MEDIA ESPAÑA PUBLICIDAD ONLINE SL

Before the Court is Plaintiff iii – interactive LLC d/b/a Division-D's Motion for Default Judgment. (Doc. 11). A review of the record reflects that Plaintiff filed their Complaint against Defendant on July 1, 2019, and Defendant was served with a summons and copy of the Complaint on February 14, 2020. (Doc. 8). In its Complaint, Plaintiff prayed for $106,044.94, along with post-judgment interest at the rate of 18% per annum. (Doc. 1). Defendant failed to answer or otherwise defend against Plaintiff's Complaint, and Defendant's default was entered on July 22, 2020. (Doc. 10). The Court finds that Plaintiff's claim is for a sum certain; that Defendant has been defaulted for not appearing; and Defendant, as a *sociedad limitada* organized and existing in accordance with the laws of Spain, is neither a minor nor an incompetent person.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**. Judgment is entered against Defendant and in favor of Plaintiff on its Complaint.

**IT IS SO ORDERED.**

Dated:  August 18, 2020   */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**